THE STATE OF MONTANA EX REL. VINCENT STEPHEN BENITO HALLAM, PETITIONER, v. THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CASCADE, AND FOR THE COUNTY OF CASCADE, AND THE HONORABLE PAUL G. HATFIELD, JUDGE THEREOF, RESPONDENTS.

No. 13229.
Decided Dec. 9, 1975.
542 P.2d 1248.

ORDER

PER CURIAM:

Original proceeding.

Petitioner seeks a writ of supervisory control to reverse a certain order of the respondent court in cause No. 6715C entitled: *The State of Montana, Plaintiff, vs. Vincent Stephen Benito Hallam, Defendant,* pending in the respondent court.

Counsel was heard ex parte and the matter taken under advisement.

The Court having now considered the petition, attachments and brief, and being advised in the premises, hereby orders that the relief sought be denied and this proceeding is ordered dismissed.